(Decided May 11th, 1864.)

JACOB SELLERS *vs.* HENRY ZIMMERMAN AND OTHERS.

COSTS—CODE, VOL. 1, ART. 29, SEC. 41.—Upon a judgment of reversal in this Court, the appellant is entitled to recover his costs incurred in the Circuit Court and in this Court, and to have execution therefor.

APPEAL from the Circuit Court for Carroll County:

This case will be found reported in 18 *Md. Rep.*, 255. The question now presented, which is stated in the opinion of this Court, was submitted to the Court without argument:—BOWIE, C. J., BARTOL, GOLDSBOROUGH, and COCHRAN, J.

*Oliver Miller*, for the appellant.

*Jos. M. Palmer*, for the appellees.

BARTOL, J., delivered the opinion of this Court:

This was an appeal from a judgment at law: this Court reversed the judgment of the Circuit Court, and sent back the case on *procedendo*. We are now called on to decide whether upon the judgment of reversal in the Court of Appeals, the party in whose favor such judgment was rendered is entitled to recover the costs in both Courts. In the decision pronounced in the case of *Doub vs. Mason & Wife*, 5 *Md. Rep.*, 612, Appendix, it was said: "In all appeals from judgments at law, the reversal or affirmance thereof always carries the costs in both Courts." The 41st sec. of Article 29, of the Code, according to our construction of its language, makes the same provision. We are therefore of opinion, that upon the judgment of reversal in this case, the appellant is entitled to recover his costs incurred both in the Circuit Court and in the Court of Appeals, and to have execution therefor.

*Judgment reversed.*

(Decided May 11th, 1864.)